# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | |
| | : | CASE NO.: 7:21-cr-39 (WLS) |
| JEREMY EDGAR TODD. | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is the Parties' Joint Response (Doc. 27) to this Court's Order to Confer. (Doc. 26.) Therein the Parties notice the Court "it is likely the matter will likely be resolved by entry of a plea before the upcoming trial date" and that "[p]ending that possible resolution, the case is otherwise ready for trial." (Doc. 27.)

The Parties did not specifically request a continuance in their Response (Doc. 27), however. Therefore, if additional time is needed to continue to engage in plea negotiations and to avoid unnecessary court appearances and production of Defendant, the Parties are hereby **ORDERED** to file a Motion to Continue in this case by **no later than close of business, Thursday, June 24, 2022**. Otherwise, the case is noticed for the Valdosta Division August 2022 trial term.

**SO ORDERED**, this 17th day of June, 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1