IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES, : | |
| : | |
| v. : | |
| : | CASE NO.: 7:21-cr-39 (WLS) |
| JEREMY EDGAR TODD. : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

On June 27, 2022, this Court entered an Order continuing this matter to the November term of Court in the Valdosta division. (Doc. 31.) In that Order, the Court noticed the Parties that no further continuances would be granted to engage in plea negotiations with the Government. (*Id.*)

On August 29, 2022, this Court ordered the Parties to confer and notice the Court whether the matter was ready to proceed to trial in November. (Doc. 32.) On September 15, 2022, the Parties filed a Joint Response (Doc. 33) to this Court's Order. (Doc. 32.) Therein, the Parties noticed the Court that they had engaged in productive plea negotiations and believe that this matter may be resolved by November without the need for a trial. (Doc. 33.) However, both Parties state that they're ready to proceed to trial, in the event that this case is not resolved by entry of a plea. (*Id.*)

To conserve judicial resources, and prevent the unnecessary production of the Defendant, in the event that this matter is resolved by an entry of plea, the Parties are hereby **ORDERED** to **IMMEDIATELY** notice the Court of any plea agreement. Otherwise, this matter is noticed for trial in November.

**SO ORDERED**, this 19th day of September, 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1