**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES, | : |
| | : |
| v. | : |
| | : CASE NO.: 7:21-cr-39 (WLS) |
| JEREMY EDGAR TODD. | : |
| | : |
| Defendant. | : |
| | : |

## **ORDER**

A pretrial conference is currently scheduled to take in this matter on October 12, 2022, at 3:00pm in Albany, GA. (Doc. 35.) On September 23, 2022, the Parties noticed the Court, pursuant to a Joint Response, that a plea agreement had been reached and requested that a change of plea hearing be scheduled at a date in the near future. (Doc. 36.)

In order to conserve judicial resources and prevent unnecessary production of the Defendant, it is hereby **ORDERED** that the October 12, 2022, Pretrial Conference is **CANCELLED**.

**SO ORDERED**, this 26th day of September, 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**