## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES, : | |
| : | |
| v. : | |
| : | CASE NO.: 7:21-cr-39 (WLS) |
| JEREMY EDGAR TODD. : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

On March 13, 2023, the United States Probation Office via memorandum requested a continuance of Defendant's sentencing hearing. A continuance was requested as the Probation Office requires additional time to finalize Defendant's presentence investigation report. Additional time is required as the Probation Office required clarification of certain information contained in discovery, particularly a drug lab report from a private lab, to accurately determine Defendant's Total Offense Level.

This Court is required by Federal Rule of Criminal Procedure 32(b)(1) to "impose a sentence without unnecessary delay." Defendant entered a plea of guilty in this matter on November 2, 2022. (Doc. 39.) However, as a thorough presentence investigation report may assist this Court in determining a sentence that is "sufficient, but not greater than necessary" to serve the purposes of sentencing set forth in 18 U.S.C. § 3553(a), the Court finds that a continuance of Defendant's sentencing in this matter is appropriate.

Accordingly, it is hereby **ORDERED** that the Sentencing Hearing scheduled to take place on March 30, 2023, is **CANCELLED.** Defendant's Sentencing Hearing shall be rescheduled by a subsequent Order of this Court.

**SO ORDERED**, this 15th day of March, 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**